**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR REHEARING**

Appellate case name:        In re Derrick A. Polly, Relator

Appellate case numbers:    01-15-00849-CV

Trial court case numbers:   2014-38524

Trial courts:                       164th District Courts of Harris County

     The panel has voted to deny relator's motion for rehearing of the memorandum opinion, issued on October 29, 2015, granting relator's motion for leave to file a petition for writ of mandamus, but denying his petition.

     It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                ☒ Acting individually    ☐ Acting for the Court

Panel consists of:  Justices Keyes, Massengale, and Lloyd

Date:  November 24, 2015